# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 1:16-CV-25156

LOURDES LIANET ALFARO,

      Plaintiff,

vs.

CITY OF HIALEAH, a municipality,
RALEIGH FLOWERS, in his individual and
Official capacity as Major for the Hialeah Police
Department, and WILLIAM J. JACKSON in
his individual and official capacity as Sergeant
For the Hialeah Police Department,

      Defendants.

_____/

## NOTIFICATION OF NINETY DAYS EXPIRING

Pursuant to Local Rule 7.1(b)(4), Defendant WIL JACKSON ("Defendant Jackson"), hereby gives notice that Defendant's Motion to Dismiss Plaintiff's Complaint [ECF No. 17] (the "Motion to Dismiss") has been pending and fully briefed with no hearing set thereon for a period of more than ninety (90) days. As further required by the Local Rule, Defendants state as follows:

1. Defendant Jackson's Motion to Dismiss was served and filed on February 9, 2017.

2. Plaintiff's Response in Opposition to Defendant's Motion to Dismiss [ECF No. 21] was filed on February 21, 2017.

3. Defendant Jackson's Reply Memorandum in Support of His Motion to Dismiss [ECF No. 22] was filed on February 27, 2017.

4. Accordingly, as of February 27, 2017, *i.e.* 92 days before the date of this Notice, the Motion to Dismiss was fully briefed.

5.  To date, no hearing has been scheduled or held on the Motion to Dismiss and the

Motion to Dismiss remains pending.

Date: May 30, 2017

Respectfully submitted,

*/s/Richard D. Tuschman*
Richard D. Tuschman, Esq.
Florida Bar No. 907480
E-mail: rtuschman@gtemploymentlawyers.com
2nd E-mail: assistant@gtemploymentlawyers.com
**RICHARD D. TUSCHMAN, P.A.**
8551 W. Sunrise Boulevard, Suite 303
Plantation, Florida 33322
Telephone: (954) 369-1050
Facsimile: (954) 380-8938
*Attorneys for Defendant Jackson*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on May 30, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**/s/ Richard D. Tuschman**
Richard D. Tuschman

## <u>SERVICE LIST</u>

Ricardo R. Corona, Esq.
**CORONA LAW FIRM, P.A.**
3899 NW 7th Street, 2nd Floor
Miami, FL 33126
305-266-1150
Fax: 305-266-1151
Email: rcorona@coronapa.com
*Attorneys for Plaintiff*

Allyson Morgado, Esq.
**CORONA LAW FIRM, P.A.**
3899 NW 7th St, 2nd Floor
Miami, FL 33126
305-547-1234
Fax: 305-266-1151
Email: amorgado@coronapa.com
*Attorneys for Plaintiff*

David C. Miller, Esq.
**BRYANT MILLER OLIVE P.A.**
One S.E. Third Avenue, Suite 2200
Miami, Florida 33131
(305) 374-7349 (Telephone)
(305) 374-0895 (Facsimile)
Email: dmiller@bmolaw.com
*Attorneys for Defendant City of Hialeah*

3

Denise M. Heekin, Esq.
**BRYANT MILLER OLIVE P.A.**
One S.E. Third Avenue, Suite 2200
Miami, Florida 33131
(305) 374-7349 (Telephone)
(305) 374-0895 (Facsimile)
Email: dheekin@bmolaw.com
*Attorneys for Defendant City of Hialeah*

Michael L. Elkins, Esq.
**BRYANT MILLER OLIVE P.A.**
One S.E. Third Avenue, Suite 2200
Miami, Florida 33131
(305) 374-7349 (Telephone)
(305) 374-0895 (Facsimile)
Email: melkins@bmolaw.com
*Attorneys for Defendant City of Hialeah*

Elizabeth W. Neiberger, Esq.
**BRYANT MILLER OLIVE P.A.**
One S.E. Third Avenue, Suite 2200
Miami, Florida 33131
(305) 374-7349 (Telephone)
(305) 374-0895 (Facsimile)
Email: eneiberger@bmolaw.com
*Attorneys for Defendant City of Hialeah*

Bradley F. Zappala, Esq.
**ROBERT L. SWITKES & ASSOCIATES, P.A.**
407 Lincoln Road, PH SE
Miami Beach, FL 33139
305-534-4757
305-538-5504 (fax)
Email: bzappala@switkeslaw.com
*Attorneys for Defendant Raleigh Flowers*